NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JAMES TALCOTT CONSTRUCTION, INC.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2019-1728

---

Appeal from the United States Court of Federal Claims in No. 1:14-cv-00427-RHH, Senior Judge Robert H. Hodges, Jr.

---

## JUDGMENT

---

STEVEN D. MEACHAM, Peel Brimley LLP, Henderson, NV, argued for plaintiff-appellant.

MARIANA TERESA ACEVEDO, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by ETHAN P. DAVIS, ELIZABETH MARIE HOSFORD, ROBERT EDWARD KIRSCHMAN, JR., AMANDA TANTUM; TRISTAN S. BROWN, United States Army Corps of Engineers, Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, LINN, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 9, 2020                    /s/ Peter R. Marksteiner
Date                           Peter R. Marksteiner
                               Clerk of Court